PARK CONSTRUCTION COMPANY *v.* VIOLET F. KNAPP, EXECUTRIX (ESTATE OF C. STANLEY KNAPP)

The motion by the plaintiff to disregard the defendant's brief because it was untimely filed in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Robert E. Connolley,* in support of the motion.

Submitted April 4—decided April 25, 1963

LUCILLE VEZINA *v.* KENNETH R. CONLEY ET AL.

KATHLEEN L. TAYLOR *v.* KENNETH R. CONLEY ET AL.

The motions by the plaintiffs to dismiss the appeals of the defendants from the Superior Court in Hartford County are granted.

*Victor J. Dowling,* for the appellee (plaintiff in the first case), and *John F. Delaney,* for the appellee (plaintiff in the second case).

*Snow G. Munford,* for the appellants (defendants in both cases), and *Edward Seltzer,* for the appellants (defendants in the second case).